### Commonwealth *v.* Brainard, Appellant.

Submitted September 9, 1968. *Duffield Ashmead, III,* and *Drinker, Biddle & Reath,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.